# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-40907
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 17, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CESAR LEONEL MIRELES-VARGAS,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:15-CR-5-1

Before DAVIS, SMITH, and PRADO, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Cesar Leonel Mireles-Vargas raises an argument that is foreclosed by *United States v. Morales-Mota*, 704 F.3d 410, 412 (5th Cir. 2013). In *Morales-Mota*, 704 F.3d at 412, we rejected the argument that the Texas offense of "burglary of a habitation" is broader than the generic, contemporary definition of "burglary of a dwelling" under U.S.S.G. § 2L1.2(b)(1)(A)(ii) because Texas law defines the "owner" of a

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-40907

habitation as a person with "a greater right to possession of the property than the actor." Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.